UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 05 B 28610
   NATHANIEL RUSSELL
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-4256
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/20/05 and confirmed on 09/29/05.

2. The case was dismissed after confirmation, 08/15/2008.

3. The Debtor paid a total of $ 13405.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 15470.91 | 3905.37 | 5429.96 |
| BENEFICIAL MORTGAGE CO O | SECURED | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE CO O | MORTGAGE ARRE | 1384.00 | .00 | 615.70 |
| INDIAN OAKS TOWNHOME OWN | SECURED | 2000.00 | .00 | 889.73 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 1906.26 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9385.07 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18854.91 | .00 | 11291.33 | .00 | 30146.24 |
| PRINCIPAL PAID | 6935.39 | .00 | .00 | .00 | 6935.39 |
| INTEREST PAID | 3905.37 | .00 | .00 | .00 | 3905.37 |
| TOTAL PAID | 10840.76 | .00 | .00 | .00 | 10840.76 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $ 2700.00 and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $    564.24 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
   Dated: 11/12/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 05 B 28610 NATHANIEL RUSSELL